IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-127-BLG-DLC |
| Plaintiff, | |
| vs. | **ORDER** |
| CHRISTINA DEHARO, | |
| Defendant. | |

Before the Court is Defendant's Motion to Vacate Detention Hearing currently set for Wednesday, November 13, 2019, at 2:30 p.m. (Doc. 19.) Defendant does not indicate whether the motion is unopposed.

Accordingly, IT IS HEREBY ORDERED that the Detention Hearing presently set for November 13, 2019, at 2:30 p.m., is CONTINUED to **November 21, 2019, at 9:00 a.m.** in the Bighorn Courtroom, James F. Battin Federal Courthouse, Billings, Montana.

DATED this 12th day of November, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge