IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

JAN 03 2020

Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTINA NICOLE DEHARO, and<br>SEAN CRAIG RAYFIELD,<br><br>Defendants. | CR 19–127–BLG–DLC<br><br><br>ORDER |

The United States has filed an Unopposed Motion for Dismissal of Forfeiture Proceedings. (Doc. 37.) The United States does so because the firearm and ammunition at issue have already been administratively forfeited. (*Id.* at 2.) Finding good cause,

IT IS ORDERED that the forfeiture action in the above-captioned case is DISMISSED with prejudice.

DATED this 3rd day of January, 2020.

*Dana L. Christensen*

Dana L. Christensen, Chief District Judge
United States District Court

1